## In re MIDLAND UNITED CO.

### Appeal of GILBERT et al.
### No. 8580.

Circuit Court of Appeals, Third Circuit.

Argued on Motion to Dismiss

March 20, 1944.

Decided March 21, 1944.

Jason L. Honigman, of Detroit, Mich. (Milton J. Miller, of Detroit, Mich., on the brief), for appellants.

Max Swiren, of Chicago, Ill., for trustee of debtor.

Morton E. Yohalem, of New York City, for Securities and Exchange Commission.

Lloyd F. Thanhouser, of New York City (Ben W. Heineman, of Chicago, Ill., on the brief), for Clarence A. Southerland and Jay Samuel Hartt, trustees of estate of Midland Utilities Co., appellees.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The court is satisfied that the appeal in this case is wholly frivolous and was taken for the purpose of delay. Moreover the facts are such as to move us to award to the trustee of the debtor and to the trustees of Midland Utilities Company, as appellees, damages for the expense and delay occasioned by the appeal as we are empower- ed to do by Sec. 1010, Rev.Stats., 28 U.S.C. A. § 878. Compare Deming v. Carlisle Packing Co., 1912, 226 U.S. 102, 33 S.Ct. 80, 57 L.Ed. 140; Slaker v. O'Connor, 1929, 278 U.S. 188, 49 S.Ct. 158, 73 L.Ed. 258. Accordingly the appeal is dismissed and the said trustees as appellees are awarded as damages the cost of printing their brief and appendix in support of their motion to dismiss the appeal and in addition thereto the sum of $1,000 on account of the counsel fees incurred by them in connection with the appeal.